**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

DOYLE GILLIS, JR.,

        Plaintiff/Counterclaim Defendant

v.                                               Civil Action No. 3:17-cv-00645-JAG

NAVIENT SOLUTIONS, LLC,

        Defendant/Counterclaim Plaintiff.

## **NOTICE OF SETTLEMENT**

NOW COMES the Defendant, Navient Solutions, LLC, by and through the undersigned counsel, and hereby informs the court that a settlement of the present matter has been reached concerning all claims and counterclaims and the parties are currently in the process of finalizing and executing a written settlement agreement, which Defendant anticipates will be completed within the next 30 days at which time final dismissal papers will be filed. Defendant therefore requests that this honorable Court vacate all dates currently set on the calendar for the present matter.

                                          Respectfully Submitted,

                                          by counsel

                                          /s/ Robert M. Luck III
                                          Robert M. Luck III (VSB No. 78763)
                                          REED SMITH LLP
                                          Riverfront Plaza – West Tower
                                          901 East Byrd Street, Suite 1700
                                          Richmond, Virginia 23219
                                          Telephone: (804) 344-3400
                                          Facsimile: (804) 344-3410
                                          rluck@reedsmith.com
                                          *Counsel for Navient Solutions, LLC*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of March, 2018, a true and correct copy of the foregoing was electronically filed through CM/ECF which will then send a notification of such filing (NEF) to counsel of record in this matter, including:

> Susan M. Rokis, Esq.
> Elizabeth Hanes, Esq.
> Consumer Litigation Associates, P.C.
> 763 J. Clyde Morris Boulevard, Suite 1-A
> Newport News, VA 23224
> (301) 541-9310
> *Counsel for Plaintiff*

> /s/ Robert M. Luck III
> Robert M. Luck III (VSB No. 78763)
> Reed Smith LLP
> Riverfront Plaza – West Tower
> 901 E. Byrd Street, Suite 1700
> Richmond, VA 23219
> Telephone: (804) 344-3400
> Facsimile: (804) 344-3410
> rluck@reedsmith.com
> *Counsel for Navient Solutions LLC*