IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DOYLE GILLIS, JR.,

    Plaintiff,

v.                                Civil Case No. 3:17cv645

NAVIENT SOLUTIONS, LLC, formerly
known as NAVIENT SOLUTIONS, INC.,

    Defendant.

## FINAL ORDER

On March 8, 2018, the parties filed a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dk. No. 23.) The Court acknowledges this voluntary dismissal and DIRECTS the Clerk to close this case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: March 12, 2018
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge